UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

August 29, 2016

MEMO TO COUNSEL RE: Steven McCready v. Greyhound Lines, Inc.
Civil No. JFM-16-2155

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss and plaintiff's motion for leave to file an amended complaint.

The motion to dismiss the original complaint (document 7) is denied as moot. The motion for leave to file an amended complaint (document 14) is granted. To the extent that defendant alleges that several claims for relief stated in the amended complaint are futile, it may raise the issue presented by way of a motion for summary judgment at the conclusion of discovery.

A conference call will be held on ___September 8, 2016___ at ___5:00___ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge